No. 73–1655. RUHM *v.* TURNER, SHERIFF, ET AL. C. A. 10th Cir. Application for bail presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. See *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).

No. 73–1657. ESTATE OF MEADE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would grant certiorari.

No. 73–1688. CRONRATH *v.* JOHNSON. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–1693. COMMISSIONER OF INTERNAL REVENUE *v.* MUTUAL BENEFIT LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 73–1753. IN RE ESTATE OF CASSIDY ET AL. Sup. Jud. Ct. Me. Certiorari and other relief denied.

No. 73–1772. SOUTHERN CALIFORNIA GAS CO. *v.* FEDERAL POWER COMMISSION;

No. 73–1776. PACIFIC GAS & ELECTRIC CO. *v.* FEDERAL POWER COMMISSION;

No. 73–1790. SAN DIEGO GAS & ELECTRIC CO. *v.* FEDERAL POWER COMMISSION; and

No. 73–1825. CITY OF WILLCOX ET AL. *v.* FEDERAL POWER COMMISSION. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.